UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DILLON CAGE                                                    CIVIL ACTION

VERSUS                                                         NO. 25-1076-JWD-EWD

FRANK J. BISIGNANO

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 4, 2026 (Doc. 27), to which an objection was filed and considered (Doc. 30);

IT IS ORDERED that the Motion To Dismiss Under Rule 12(b)(1) of the Federal Rules of Civil Procedure, filed by the Commissioner of the Social Security Administration Frank J. Bisignano, (Doc. 11) is GRANTED, as Plaintiff Dillon Cage has failed to exhaust his administrative remedies relating to the cessation of his SSA benefits and subsequent applications for benefits, and this matter shall be DISMISSED WITHOUT PREJUDICE, in its entirety.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 24, 2026.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**