**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**DILLON CAGE**                                                    **CIVIL ACTION**

**VERSUS**                                                          **NO. 25-1076-JWD-EWD**

**FRANK J. BISIGNANO**

**AMENDED OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 4, 2026 (Doc. 27), to which an objection (Doc. 30) and supplemental objections (Doc. 38) were filed and considered;

IT IS ORDERED that the Motion To Dismiss Under Rule 12(b)(1) of the Federal Rules of Civil Procedure, filed by the Commissioner of the Social Security Administration Frank J. Bisignano, (Doc. 11) is GRANTED, as Plaintiff Dillon Cage has failed to exhaust his administrative remedies relating to the cessation of his SSA benefits and subsequent applications for benefits, and this matter shall be DISMISSED WITHOUT PREJUDICE, in its entirety.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>June 26, 2026</u>.

 

 

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**